# UNITED STATES DISTRICT COURT

for the

Souther District of New York

United States of America )
v. )
)  Case No.  16 cr 666 (KmK)
Star Bermudez )
*Defendant* )

## DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it):*

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments):*

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

*Release of Bond,* The court may order this appearance bond ended at anytime. This bond will be satisfied and the security will be released when either: (1) The defendant is found not guilty on all charges, or (2) The defendant reports to serve a sentence.

AO 98 (Rev. 01/09) Defendant's Appearance Bond

## Type of Bond

$ 100,000 PRB 2 FRP ☐ ROR ☒ Unsecured ☐ Secured $_____ ☐ Bank Check or ☐ Property ☒ Strict Pretrial Supervision ☒ Drug Testing / treatment as directed ☐ Mental Health Assessment ☐ Home detention enforced by electronic monitoring. ☒ Surrender all travel documents with no new application. **Travel is restricted to the SDNY & EDNY** travel to NS for employment **Additional Conditions:**

Deft to Continue to reside at her home address. the defendant is placed on Curfew from 8:00 pm - 5:30 pm The defendant is to have no contact with co defendants All conditions to be met before defendant can be released.

## Defendant's Agreement

I, Star Bermudez (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

(X) to appear for court proceedings;

(X) if convicted, to surrender to serve a sentence that the court may impose;or

(X) to comply with all conditions set forth in the Order Setting Conditions of Release.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 10/13/16

X _Bermen_ 10/14/16
*Defendant's signature*

**Defendant's address and telephone number:**

Erica Rodriguez
Surety/ Property Owner - printed name

159-45 Harlem River Drive NY NY 10039
Surety/ Property Owner - signature and date

_____
Surety/ Property Owner - printed name

_____
Surety/ Property Owner - signature and date

_____
Surety/ Property Owner - printed name

_____
Surety/ Property Owner - signature and date

_____
Surety/ Property Owner - printed name

_____
Surety/ Property Owner - signature and date

Sworn and signed before me.

CLERK OF COURT

Date:

_____
*Signature of Clerk or Deputy Clerk*

Approved.
Date:

_____
*Judge's signature*

## Advice of Penalties and Sanctions

TO THE DEFENDANT: Star Bermudez

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS: 16Cr 666

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

    The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

    Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____ 10/14/16
Signature of Defendant

_____
Address

_____
City and State          Telephone

## Directions to United States Marshal

(   ) The defendant is ORDERED released after processing.

( X ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: 10/13/16

S/PED
Signature of Judicial Officer

_____
Name and Title of Judicial Officer

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL