**JOSEPH A. VITA**
**ATTORNEY AT LAW**
327 Irving Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-690-2007

January 23, 2017

Hon. Kenneth M. Karas
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

re:     USA v. Kinyon (Star Bermudez); 16 Cr. 666 (KMK)

Dear Judge Karas:

This letter is an application to modify the bail conditions for Star Bermudez to the extent of replacing the current 8 p.m. to 5:30 a.m. curfew with a condition that permits the curfew hours to be fixed at the discretion of the pre-trial service office. The original curfew was determined based upon my client's then work schedule. She has since been offered a new employment position which will require Ms. Bermudez to work varied hours including several nights after 8 p.m. Her pre-trial service officer, John Moscato, is aware of the new job and has no objection to this application.

Ms. Bermudez's bail conditions also include pretrial supervision and a $100,000 personal recognizance bond with 2 co-signers. Ms. Bermudez has been in full compliance with the conditions of her release. I have informed AUSA Christopher Clore of this request. He indicated that he would review the request with the pre-trial service officer.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

cc:     All Counsel (by ECF)