**JOSEPH A. VITA**
**ATTORNEY AT LAW**
327 Irving Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-690-2007

MEMO ENDORSED

VIA ECF

March 1, 2018

Hon. Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:    USA v. Star Bermudez;  16 CR 666 (KMK)

Dear Judge Karas:

   I represent Star Bermudez who is scheduled for sentencing on March 12, 2018.  I am requesting that the Court allow late filing on March 2, 2018 of the defense sentencing submission.   This application is with the consent of the Government by AUSA Christopher Clore.  There were several sentencing letters which I received yesterday and today which need to be incorporated in the defense submission.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

cc:    AUSA Christopher Clore, Esq.

Granted.

So Ordered -

3/1/18